# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* § § § | |
| **v.** § § | Case No. 1:23-cr-00094-RP |
| **WILFREDO ZARAGOZA-VASQUEZ,** *Defendant* § § | |

## Order on Motions for Appointment of Counsel

Now before the Court are Defendant Wilfredo Zaragoza-Vasquez's two Motions to Appoint Counsel, both filed July 24, 2023 (Dkts. 28 & 29). The District Court referred the Motions to the undersigned Magistrate Judge for resolution (Dkt. 30).

On July 31, 2023, the Court held a hearing on the Motions, during which retained counsel Armando G. Martinez agreed that although he has not moved to withdraw from representation, there has been some miscommunication between him and Defendant. Having considered the Motions and statements by Defendant and Mr. Martinez during the hearing, this Magistrate Judge finds that there is good cause to appoint new counsel, and that Defendant has received notice.

**IT IS THEREFORE ORDERED** that Defendant's two Motions to Appoint New Counsel (Dkts. 28 & 29) are **GRANTED**. Armando G. Martinez is hereby **WITHDRAWN** and, consistent with the Court's Order Regarding Financial Status (Dkt. 6), the Federal Public Defender is hereby **APPOINTED** as Defendant's counsel of record.

**IT IS FURTHER ORDERED** that this case be removed from the Magistrate Court's docket and returned to the docket of the Honorable Robert Pitman.

**SIGNED** on July 31, 2023.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE